# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PNS STORES, INC.,<br><br>　　　　Defendant. | Case No.21-cv-06709-NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 23 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed within 60 days. All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 60 days. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated: May 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge